*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KISOR, ATTANASIO, and FLINTOFT
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Kaylor R. JONES**
Master-at-Arms Petty Officer Second Class (E-5), U.S. Navy
*Appellant*

**No. 202400443**

_____

Decided: 18 August 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Eric A. Catto

Sentence adjudged 23 August 2024 by a special court-martial tried at
Joint Base Pearl Harbor-Hickam, Hawaii, consisting of a military judge
sitting alone. Sentence in the Entry of Judgment: reduction to E-4, and
a fine of $20,150.00.[1]

For Appellant:
*Lieutenant Commander Marc D. Hendel, JAGC, USN*

---

[1] The convening authority deferred the reduction in pay grade until the date of the
Entry of Judgment. The convening authority also suspended $5000.00 of the adjudged
fine for a period of six months from the date of the convening authority's action.

—————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

—————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

However, we note that the Entry of Judgment does not comply with Rule for Courts-Martial (R.C.M.) 1111(b)(1) in that it fails to list Appellant's pleas and the trial court's findings or other dispositions to several specifications. Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[3] In accordance with R.C.M. 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[3] *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

# United States Navy–Marine Corps Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 202400443 |
| v. | **ENTRY OF JUDGMENT** |
| **Kaylor R. JONES** **Master at Arms Second Class (E-5), U.S. Navy** *Accused* | *As Modified on Appeal* **18 August 2025** |

On 23 August 2024, the Accused was tried at Joint Base Pearl Harbor-Hickam, Hawaii, by a special court-martial, consisting of a military judge sitting alone. Military Judge Eric A. Catto presided.

## FINDINGS

The following are Master-at-Arms Petty Officer Second Class Jones's pleas and the Court's findings to all offenses that the convening authority referred to trial:

**Charge I:** **Violation of Article 107, Uniform Code of Military Justice, 10 U.S.C. § 907.**

  *Plea:* Not Guilty.

  *Finding:* Withdrawn and dismissed.

**Specification:** **False Official Statement on or about 3 April 2024.**

  *Plea:* Not Guilty.

  *Finding:* Withdrawn and dismissed.

**Charge II:** **Violation of Article 121, Uniform Code of Military Justice, 10 U.S.C. § 921.**

  *Plea:* Guilty.

  *Finding:* Guilty

**Specification:** **Larceny of money of a value of more than $1,000.00, the property of the United States Government, between on or about 13 April 2021 and on or about 14 June 2021.**

*Plea:* Guilty, excepting the words, "14 June 2021," and substituting the words, "2 October 2021"; of the excepted words, Not Guilty; of the substituted words, Guilty; of the Specification as excepted and substituted, Guilty.

*Finding:* Guilty; the language to which the Accused pleaded not guilty was withdrawn and dismissed.

**Charge III:** **Violation of Article 124, Uniform Code of Military Justice, 10 U.S.C. § 924.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Specification:** **Using a False Writing in Connection with a Claim on or about 13 April 2024.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Charge IV:** **Violation of Article 134, Uniform Code of Military Justice, 10 U.S.C. § 934.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

**Specification:** **Wire Fraud, in violation of 18 U.S.C. § 1343, a crime not capital, between on or about 13 April 2021 and on or about 14 June 2021.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed.

## SENTENCE

On 23 August 2024, a military judge sentenced Master-at-Arms Petty Officer Second Class Jones to the following:

**Reduction to pay grade E-4.**

**A fine of $20,150.00**.

The convening authority deferred the reduction in pay grade until the date of the Entry of Judgment. The convening authority also suspended $5000.00 of the adjudged fine for a period of six months from the date of the convening authority's action.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court